# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE,

| | |
|---|---|
| **DEMETRIUS B. THOMAS**, | ) |
| | ) |
| Plaintiff, | ) No. : |
| | ) |
| vs. | ) Judge _____ |
| | ) |
| **CLARKSVILLE MONTGOMERY** | ) Magistrate _____ |
| **COUNTY SCHOOL SYSTEM**, | ) |
| | ) |
| Defendant. | ) Jury Demanded |

## VERIFIED COMPLAINT

Comes now the plaintiff, DEMETRIUS B. THOMAS, by and through undersigned counsel, and for his complaint against the defendant complains as follows:

## NATURE OF ACTION

1. Plaintiff DEMETRIUS B. THOMAS brings this cause of action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, based upon race discrimination and retaliation.

## JURISDICTION AND VENUE

2. Jurisdiction of this Honorable Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 and 1402. Venue is proper

1

within this district pursuant to 28 U.S.C. Section 1391(b) as the unlawful practices occurred in the Middle District of Tennessee, and Plaintiff resided in this district at the time of the alleged acts.

**PARTIES**

3. The plaintiff, DEMETRIUS B. THOMAS, was at all times relevant a citizen and resident of Clarksville, Montgomery County, Tennessee.

4. The defendant, CLARKSVILLE MONTGOMERY COUNTY SCHOOL SYSTEM, hereinafter "CMCSS" is a public school system organized and authorized under the laws of the State of Tennessee to provide education to the citizens of Montgomery County, Tennessee. CMCSS is doing business in Tennessee at: 621 Gracey Avenue, Clarksville, Tennessee. The agent for service of process for CMCSS is: Director of Montgomery County School System, Millard House, pursuant to Rule 4(j)(2) of the Federal Rules of Civil Procedure upon:

> Millard House
> 621 Gracey Avenue
> Clarksville, Tennessee 37040

5. Defendant is an employer as that term is

defined by 42 U.S.C. §12111(5)(A).

## ADMINISTRATIVE HISTORY

6. Plaintiff filed a Charge of Discrimination on or about December 6, 2017, 2017-(EEOC No. 494-2018-00305) alleging discrimination based on race and retaliation. The Equal Employment Opportunity Commission issued a Notice of Right to Sue on July 29, 2019, which was received by Plaintiff on or about July 30, 2019. This Complaint is being filed within 90 days of receipt thereof. Plaintiff has exhausted all administrative remedies.

## ALLEGATIONS

7. Plaintiff is male who holds a Doctor of Education from Trevecca University with a concentration in school administration. Plaintiff had previously worked for the CMCSS from 1992 until 1995, and from 1996 until 1999, as a classroom teacher. Plaintiff received good evaluations while so employed and was specifically noted to be eligible for rehire.

8. Thereafter, Plaintiff was employed by the Fort Campbell School System. Plaintiff's last position at Fort Campbell was an Assistant Principal at Fort Campbell High School from June of 2012 to September of 2016.

9. As an employee of the Fort Campbell School System, Plaintiff was the victim of race discrimination. Plaintiff exercised his rights under Title VII of the Civil Rights Act of 1964, as amended, and filed a Charge of Discrimination.

10. Plaintiff began looking for employment with CMCSS in or about April of 2017. Plaintiff attended a job fair where he received positive feedback and was told that one principal wanted to hire Plaintiff. However, she explained that she had to talk with HR first. However, after speaking with HR, Plaintiff was never contacted.

11. Plaintiff did not receive any interviews or job offers even though he was well qualified for the many positions for which he applied.

12. Instead, on or about November of 2017, Plaintiff received an anonymous note which read:

**I wish to remain anonymous but must inform you of an illegal discriminatory practice toward your quest to employ with CMCSS. You did not receive any interviews and were not selected because of what was listed on your previous electronic application. Enclosed you will find the discriminatory information.**

The note was signed "Anonymous". Enclosed with the note was a second page which appeared to be a photocopy of a CMCSS note pertaining to Plaintiff and his application for employment with the school system. Although the note showed that Plaintiff had been conditionally approved to teach elementary grades, middle grades, and pre-K to third grade, it contained two notes. The first note read:

**"talk to Dr. Casebolt or Jeanine before approval - articles in The L-C".**

The second note read:

**"approved \*\*Conditional Early Ed pk-3; elem ed 1-8;middle grades**

**\*\*Please talk with HR before moving forward\*\*"**.

13. Plaintiff alleges that he was not considered for employment with the CMCSS based upon retaliation for his protected activities, filing a Charge of Discrimination based upon race discrimination.

**COUNT I**

**Race Discrimination**

14. Plaintiff herein incorporated paragraphs one (1) through eighteen (18) as if fully set forth herein.

15. Plaintiff is a male employee, a member of a protected class, being African American.

16. Plaintiff was qualified to teach at multiple positions in the Clarksville Montgomery County School System by past work experience, training, education, and licensure.

17. Plaintiff was treated less favorably than white employees who were hired for the positions Plaintiff sought.

6

18. Plaintiff received adverse employment action in that he was not selected for multiple positions for which he applied and was qualified to hold.

19. Plaintiff alleges that such action is race discrimination prohibited by Title VII of the Civil Rights Act of 1964, as amended.

**COUNT II**

**Retaliation**

20. Plaintiff herein incorporated paragraphs one (1) through twenty-three (23) as if fully set forth herein.

21. Plaintiff engaged in protected activity when he worked for the Fort Campbell School System. Plaintiff filed a complaint of race discrimination with the Fort Campbell School System which was well known throughout the Fort Campbell – Clarksville Montgomery County school systems.

22. After Plaintiff applied for employment with CMCSS the Director of CMCSS, Millard House, asked Plaintiff about the settlement of Plaintiff's EEO

case. Plaintiff also spoke with others at the CMCSS about his EEO case. Despite his qualifications, Plaintiff never received any job interviews and learned that his application was blocked so that prospective hiring officials could not even see his application. Plaintiff alleges that this was done in retaliation for Plaintiff's protected activity. This caused Plaintiff much emotional harm as he was subjected to ridicule and hostile attitudes by those in the public as well as those at the school system.

23. Plaintiff was treated less favorably than employees hired for the positions at issue who were less qualified than Plaintiff, but who had no protected activity.

24. Plaintiff further alleges that the hereinabove actions are discrimination based upon retaliation prohibited by the Title VII of the Civil Rights Act of 1964, as amended.

**DAMAGES**

Plaintiff seeks damages from Defendant to include,

but not limited to, lost wages both past and future, lost benefits, compensatory damages for emotional distress, embarrassment and stress, loss of enjoyment of life, out of pocket expenses for medical and pharmacological expenses, attorney fees and costs, and pre and post judgment interest.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF DEMETRIUS B. THOMAS prays for the following relief:

A. That service of process issue as to the defendant as set forth in Rule 4 of the Federal Rules of Civil Procedure;

B. That Plaintiff recover compensatory damages;

C. That Plaintiff be instated to one of the positions for which he applied for and was not selected

D. That Plaintiff recover front pay and back pay;

E. That Plaintiff be awarded attorney fees and costs incurred in prosecuting this action;

F. That Plaintiff be awarded any and all damages to which he is entitled under, 42 U.S.C. § 2000e, as amended, and all other applicable laws;

G. That Plaintiff recover prejudgment and post judgment interest;

H. That the Court award Plaintiff such other, further, general and different relief to which he may show himself entitled;

I. That a jury be empaneled to try this cause;

RESPECTFULLY SUBMITTED:

/s/ Stephanie Ritchie Mize  
Stephanie Ritchie Mize  
B.P.R. # 024883  
Fry & Ritchie  
133 Franklin Street  
Clarksville, Tennessee 37040  
Tele.931-648-9400  
Fax 931-648-8616  
Email: stephanie@fryandritchie.com  

/s/ Debra A. Wall  
Debra A. Wall  
B.P.R. #11331  
133 Franklin Street  
Clarksville, Tennessee  
Tele.931-933-1078  
Fax 931-648-8616  
Email: debraawall@msn.com  

**VERIFICATION**

I, DEMETRIUS B. THOMAS, hereby make oath in due form of the law that the statements contained in my foregoing complaint are true and correct to the best of my knowledge, information and belief.

```
                        /s/DEMETRIUS B. THOMAS
                          DEMETRIUS B. THOMAS
```

SWORN TO AND SUBSCRIBED before me this the 28th day of October, 2019.

```
                           /s/DEBRA A. WALL
                             Notary Public
```

My Commission Expires:   03/21/2020