IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEMETRIUS B. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:19-cv-00956 |
| | ) JUDGE RICHARDSON |
| CLARKSVILLE MONTGOMERY COUNTY SCHOOL SYSTEM, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury verdict returned on February 2, 2024, judgment is hereby entered in favor of Defendant and against Plaintiff.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE